[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-13170

Non-Argument Calendar

_____

INTREPID MARINE TOWING & SALVAGE, INC.,
and its stockholder/s, including
d.b.a Sea Tow Clearwater/Port Richey,
JAMES PATRICK LAMB,
as owners and/or owners pro hac vice of a
1998 World Cat 266SS, Vessel ID No., (VIN)
EPY662178898, FL Reg. No. FL3588KF,
including her engines, gear, tackle, appurtenances,
equipment, furniture, etc., for Exoneration from
and/or Limitation of Liability,

                                                      Petitioners-Appellants,

*versus*

UNKNOWN CLAIMANTS,

NICHOLAS CACHUSSIE,
ADRIENNE CACHUSSIE,
CHERYL WATKINS,

Claimants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:21-cv-00420-CEH-SPF

_____

Before ROSENBAUM, BRANCH, and LAGOA, Circuit Judges.

PER CURIAM:

    This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Because Intrepid Marine Towing & Salvage, Inc., d/b/a Sea Tow Clearwater/Port Richey, and its shareholders filed a motion for reconsideration within 30 days of the district court's December 8, 2022, final judgment, the 30-day statutory time limit required the appellants to file a notice of appeal on or before September 21, 2023, 30 days after disposition of the motion for reconsideration.

23-13170               Opinion of the Court                    3

*See* 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A), (4)(A). However, the appellants did not file a notice of appeal until September 27, 2023.

Accordingly, the notice of appeal is untimely and cannot invoke our appellate jurisdiction. *See Hamer v. Neighborhood Hous. Servs. of Chi.*, 138 S. Ct. 13, 21 (2017).

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.